NUMBER 13-11-00114-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT
OF TEXAS

 

CORPUS CHRISTI - EDINBURG

                                                        
             

 

IN RE REIDIE JACKSON

            
                                                         

 

On Petition for Writ
of Mandamus

                                            
                         

 

MEMORANDUM OPINION

 

Before Justices Garza,
Vela and Perkes

Memorandum Opinion Per
Curiam

 

Relator,
Reidie Jackson, has filed a petition for writ of mandamus alleging that the
Honorable Ben Hardin, presiding judge of the 23rd Judicial District Court of Matagorda
County, Texas, abused his discretion by rendering an order on January 12, 2001,
dismissing relator’s suit against the State of Texas for want of jurisdiction.

Having reviewed and fully considered
relator’s petition, this Court is of the opinion that relator has not shown himself
entitled to the relief requested and that the petition should be denied. 
Accordingly, relator’s petition for writ of mandamus is DENIED.

 

                                                                                                PER
CURIAM

 

Delivered
and filed the

3rd
day of March, 2011.